CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALLEGRA D. HEMPHILL )
)
)
)
Plaintiff )
)
)
v. )    Civil Case Number 07-1236 (RMC)
)
KIMBERLY-CLARK CORP., et al. )
)    Category      F
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 11, 2007</u> from <u>Judge John D. Bates</u> to <u>Judge Rosemary M. Collyer</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Bates</u> & Courtroom Deputy
<u>Judge Collyer</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓