UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLEGRA D. HEMPHILL, *pro se*, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:07CV1236 |
| ) | |
| v. ) | Judge Rosemary M. Collyer |
| ) | |
| KIMBERLY-CLARK CORPORATION, and ) | |
| THE PROCTER & GAMBLE CO., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Kimberly-Clark Corporation ("K-C"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of K-C which have any outstanding securities in the hands of the public: NONE.

These representations are made in order that judges of this court may determine the need for recusal.

_____/s/_____
Aron U. Raskas
Bar No. 422939
James P. Ulwick
Bar No. 287763
KRAMON & GRAHAM, P.A.
One South Street - Suite 2600
Baltimore, Maryland 21202-3201
Phone: (410) 752-6030
Facsimile: (410) 539-1269

*Attorneys for Defendant*
Kimberly-Clark Corporation

Dated: September 7, 2007