CO-386-online
10/03

# United States District Court
# For the District of Columbia

ALLEGRA D. HEMPHILL, )
)
)
)
vs          Plaintiff )   Civil Action No.  1:07-CV-01236
)
KIMBERLY-CLARK CORPORATION and )
THE PROCTER & GAMBLE COMPANY, )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **The Procter & Gamble Company** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **The Procter & Gamble Company** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/Blaney Harper
Signature

14783
BAR IDENTIFICATION NO.

Blaney Harper
Print Name

JONES DAY, 51 Louisiana Avenue, N.W.
Address

Washington, DC 20001-2113
City          State          Zip Code

(202) 879-3939, (202) 626-1700 facsimile
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007 the foregoing Certificate Rule LCvR 7.1 was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a copy of the foregoing was served by First Class Mail, postage prepaid on:

>Allegra D. Hemphill
>4902 Third Street, N.W.
>Washington, DC 20011

>/s/ Blaney Harper
>An Attorney For Defendant
>The Procter & Gamble Company