## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALLEGRA D. HEMPHILL
4902 3RD STREET N.W.
WASHINGTON, DC 20011
Plaintiff

    VS.

KIMBERLY- CLARK CORPORATION      **Civil Action No. 1:07cv1236** R M C
P.O. BOX 619100
DALLAS, TEXAS 75261-9100
Defendant

AND

THE PROCTER & GAMBLE COMPANY
OlVE PROCTER & GAMBLE PLAZA
CINCINNATI, OHIO 45202
Defendant.

### PLAINTIFFS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6) AS BARRED BY RES JUDICATA

Plaintiff Allegra D. Hemphill, filing Pro Se, hereby respectfully requests an

extension of time to respond to the defendant's motion to dismiss the complaint in this

matter. Plaintiff proposes to extend the response date up to and including Friday,

October 5, 2007. Counsel for the defendants has indicated that this motion will be

unopposed. An extension of time is in the interest of justice because Plaintiff will gain

the opportunity to (1) obtain the advice of counsel regarding representation in this matter,

and (2) fully oppose the defendants' motion in this complex patent matter.

                Respectfully submitted,

                *Allegra Hemphill*
                Allegra D. Hemphill

**RECEIVED**

SEP 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I certify that the attached ~~application for extension of time to file~~ motion ~~to dismiss~~ was served via first class mail, postage pre-paid, upon the defendants at the following addresses:

Aron U. Raskas, Esq.
James P. Ulwick, Esq.
Kramon & Graham, P.A.
One South Street Suite 2600
Baltimore Maryland 21202-3201

Attorneys for Kimberly-Clark

Blaney Harper, Esq.
Jones, Day
51 Louisiana Avenue NW
Washington, DC 20001

Attorneys for Proctor & Gamble

Jason Keene
September 25, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALLEGRA D. HEMPHILL
4902 3RD STREET N.W.
WASHINGTON, DC 20011
Plaintiff

      VS.

KIMBERLY- CLARK CORPORATION     **Civil Action No. 1:07cv1236**
P.O. BOX 619100
DALLAS, TEXAS 75261-9100
Defendant

AND

THE PROCTER & GAMBLE COMPANY
OIVE PROCTER & GAMBLE PLAZA
CINCINNATI, OHIO 45202
Defendant.

### ORDER

Upon consideration of the Plaintiff Allegra D. Hemphill's motion, it is, on the

___ day of _____, 2007, hereby

ORDERED that the motion be, and hereby is, GRANTED.  In accordance

therewith, Plaintiff shall have up to and including October 5, 2007 to file an opposition to

defendants' motion to dismiss.

By:_____
**U.S. DISTRICT COURT JUDGE**