UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLEGRA D. HEMPHILL, *pro se*, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:07CV1236 |
| ) | |
| v. ) | Judge Rosemary M. Collyer |
| ) | |
| KIMBERLY-CLARK CORPORATION, and ) | |
| THE PROCTER & GAMBLE CO., ) | |
| ) | |
| Defendants. ) | |

## OPPOSITION OF KIMBERLY-CLARK CORPORATION
## TO PLAINTIFF'S MOTION TO SUBMIT EVIDENCE

Defendant Kimberly-Clark Corporation ("K-C") hereby responds to Plaintiff's Motion to Submit Evidence filed November 27, 2007 (hereinafter the "Motion").

The Motion is the latest in a series of frivolous, duplicative, and unauthorized documents filed in response to the defendants' September 7, 2007, motion to dismiss. As K-C indicated in its response to Plaintiff's Motion for a Hearing, K-C will not respond to any more of Ms. Hemphill's filings unless this Court requests that K-C do so. Rather than waste this Court's time and resources, K-C simply adopts and incorporates by reference its earlier pleadings in this matter. As those filings make clear, Ms. Hemphill's claims are precluded by *res judicata* as they have been fully and fairly litigated in the U.S. District Court for the District of Maryland.

Dated: November 30, 2007                         Respectfully submitted,

                                                 /s/
                                                 _____
                                                 Aron U. Raskas (Bar No. 422939)
                                                 Kramon & Graham, P.A.
                                                 One South Street
                                                 Suite 2600
                                                 Baltimore, Maryland 21202
                                                 Telephone: (410) 752-6030
                                                 Facsimile: (410) 539-1269

                                                 *Attorneys for Defendant*
                                                 *Kimberly-Clark Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, a copy of the Opposition of Kimberly-Clark Corporation to Plaintiff's Motion to Submit Evidence was served by first-class U.S. Mail, postage prepaid, on:

>Allegra D. Hemphill
>6217 Charnwood Drive
>Rockville, Maryland 20852
>
>*Pro Se Plaintiff*
>
>Blaney Harper, Esq.
>Bar No. 14783
>JONES DAY
>51 Louisiana Avenue, N.W.
>Washington, D.C. 20001
>
>*Attorneys for Defendant*
>*The Procter & Gamble Co.*

>        /s/
>Aron U. Raskas (Bar No. 422939)
>Kramon & Graham, P.A.
>One South Street
>Suite 2600
>Baltimore, Maryland 21202
>Telephone: (410) 752-6030
>Facsimile: (410) 539-1269
>
>*Attorneys for Defendant*
>*Kimberly-Clark Corporation*