# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLEGRA D. HEMPHILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIMBERLY-CLARK CORPORATION ) <br> and PROCTER & GAMBLE ) <br> COMPANY, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-1236 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. # 4] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Hearing [Dkt. # 9] and Plaintiff's Motion to Submit Exhibits [Dkt. # 12] are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: January 3, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge