UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLEGRA D. HEMPHILL, *pro se*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KIMBERLY-CLARK CORPORATION, and )<br>THE PROCTER & GAMBLE CO., )<br>)<br>Defendants. ) | Civil Action No. 1:07CV1236<br><br>Judge Rosemary M. Collyer |

### AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of January, 2008, a copy of Defendants' Motion for Rule 11 Sanctions and Request for Attorneys' Fees to Prevailing Party, supporting memorandum of law, and proposed Order were served by first-class U.S. Mail, postage prepaid, on:

> Allegra D. Hemphill
> 6217 Charnwood Dr.
> Rockville, Maryland  20852

To be certain that Plaintiff receives these documents, I hereby certify that this 4th day of February, 2008, a copy of Defendants' Motion for Rule 11 Sanctions and Request for Attorneys' Fees to Prevailing Party, supporting memorandum of law, and proposed Order were served by first-class U.S. Mail, postage prepaid, on:

> Allegra D. Hemphill
> 4902 3rd Street, N.W.
> Washington, D.C.  20011

{03144/0/00359135.DOCv1}

/s/
_____
James P. Ulwick (Bar No. 287763)
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

*Attorneys for Defendant*
*Kimberly-Clark Corporation*

07519/0/00331479.WPDv1