UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLEGRA D. HEMPHILL,** | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 07-1236 (RMC) |
| **KIMBERLY-CLARK CORPORATION** and **PROCTER & GAMBLE COMPANY,** | ) ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER

On January 17, 2008, Defendants Kimberly-Clark Corporation and Procter & Gamble Company filed a Motion for Rule 11 Sanctions and Request for Attorneys' Fees to Prevailing Party. *See* Dkt. # 17. Defendants' Motion was served on Plaintiff Allegra D. Hemphill by first-class U.S. Mail the same day. *See* Dkt. # 19. Local Civil Rule 7.1(b) requires an opposing party to file a memorandum of points and authorities in opposition to a motion within 11 days of the date of service of the motion. If the opposing party fails to do so, the court may treat the motion as conceded. *Giraldo v. Dep't of Justice*, 2002 WL 1461787, at *1 (D.C. Cir. July 8, 2002) (citing *Fed. Deposit Ins. Corp. v. Bender*, 127 F.3d 58, 68 (D.C. Cir. 1997)). There has been no response or opposition from Ms. Hemphill, who is proceeding *pro se*, regarding this Motion. In an abundance of caution, and "[t]o be certain that Plaintiff receives these documents," Defendants once again served Ms. Hemphill with the Motion and accompanying memorandum on February 4, 2008. *See* Dkt. # 19. It is hereby

**ORDERED** that Ms. Hemphill shall respond to Defendants' Motion for Rule 11

Sanctions and Request for Attorneys' Fees to Prevailing Party [Dkt. # 17] no later than **February 29, 2008** or the Court may treat the Motion as conceded.

**SO ORDERED**.

Date: February 5, 2008                                /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge