UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLEGRA D. HEMPHILL, *pro se*, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:07CV1236 |
| ) | |
| v. ) | Judge Rosemary M. Collyer |
| ) | |
| KIMBERLY-CLARK CORPORATION, and ) | |
| THE PROCTER & GAMBLE CO., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S FEDERAL RULES [SIC] OF CIVIL PROCEDURE RULE 60(B) MOTION

Defendants Kimberly-Clark Corporation ("K-C") and The Procter & Gamble Co. ("P&G") (collectively, "Defendants") hereby respond to Plaintiff's Federal Rules [sic] of Civil Procedure 60(b) Motion (hereinafter the "Motion").

The Motion represents yet another attempt by Plaintiff Allegra D. Hemphill to re-litigate issues fully and finally decided both in the United States District Court for the District of Maryland and in this Court.

In the Motion, Plaintiff appears to argue that this Court's January 3, 2008, Order, which dismissed her case with prejudice, was the product of mistake, inadvertence, or excusable neglect, fraud, misrepresentation, or other misconduct. She also appears to move under Rule 60(b)(3), making unsupported claims of newly discovered evidence. In addition, Plaintiff asserts, without support, that the Order is void under Rule 60(b)(4). Finally, Plaintiff seeks relief from this Court's Order through vague references to "any other reason that justifies relief" under Rule 60(b)(6).

None of these contentions has any merit whatsoever. As this Court made clear in its Order of January 4, 2008, these matters have been fully and finally litigated in the United States

District Court for the District of Maryland (as well as in various motions and appeals filed by Plaintiff since that court dismissed her case). As evidenced by this Court's reasoned decision to grant Defendants' motion to dismiss, Plaintiff has not and cannot support the baseless claims made in the Motion. There is simply no evidence that any element under Rule 60(b) has been satisfied.

As Defendants indicated in their response to Plaintiff's Motion for a Hearing, and as K-C reiterated in its response to Plaintiff's Motion to Submit Evidence, Defendants will not respond substantively to any more of Ms. Hemphill's filings unless this Court requests that Defendants do so. Defendants adopt and incorporate by reference their earlier pleadings in this matter, which demonstrate conclusively that there is no reason under Rule 60(b), or under any other authority, to grant the Motion.

Finally, Defendants reference their motion for Rule 11 sanctions and Section 285 attorneys' fees filed on January 17, 2008. Defendants believe that Plaintiff will continue to waste this Court's time and resources, as well as those of Defendants, with repetitive and frivolous filings, such as this Rule 60(b) motion, unless the motion for sanctions and attorneys' fees is granted.[1]

---

[1] The Court recently issued an Order giving Plaintiff until February 29, 2008 to respond to the sanctions motion.

Dated: February 8, 2008

| | |
|---|---|
| /s/ | /s/ |
| James P. Ulwick (Bar No. 287763) | Blaney Harper (Bar No. 14783) |
| KRAMON & GRAHAM, P.A. | JONES DAY |
| One South Street - Suite 2600 | 51 Louisiana Avenue, N.W. |
| Baltimore, Maryland 21202-3201 | Washington, D.C. 20001 |
| Phone: (410) 752-6030 | Phone: (202) 879-3939 |
| Facsimile: (410) 539-1269 | Facsimile: (202) 626-1700 |
| | |
| | Kenneth R. Adamo |
| | David M. Maiorana |
| | JONES DAY |
| | North Point, 901 Lakeside Ave. |
| | Cleveland, Ohio 44114 |
| | Phone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| | |
| *Attorney for Defendant* | *Attorneys for Defendant* |
| *Kimberly-Clark Corporation* | *The Procter & Gamble Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2008, a copy of the Defendants' Opposition to Plaintiff's Federal Rules [sic] of Civil Procedure 60(b) Motion was served by first-class U.S. Mail, postage prepaid, on:

> Allegra D. Hemphill
> 4902 3rd Street, N.W.
> Washington, D.C. 20011
>
> *Pro Se Plaintiff*

                                        /s/
                                        James P. Ulwick (Bar No. 287763)
                                        Kramon & Graham, P.A.
                                        One South Street
                                        Suite 2600
                                        Baltimore, Maryland 21202
                                        Telephone: (410) 752-6030
                                        Facsimile: (410) 539-1269

                                        *Attorneys for Defendant*
                                        *Kimberly-Clark Corporation*