UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLEGRA D. HEMPHILL,           )<br>                               )<br>        Plaintiff,            )<br>                               )<br>    v.                         )    Civil Action No. 07-1236 (RMC)<br>                               )<br>KIMBERLY-CLARK CORPORATION     )<br>and PROCTER & GAMBLE           )<br>COMPANY,                       )<br>                               )<br>        Defendants.            )<br>                               ) | |

## ORDER

Before the Court is the Motion for Rule 11 Sanctions and Request for Attorneys' Fees filed by Kimberly-Clark Corporation and Procter & Gamble (collectively, "Defendants"). *See* Dkt. # 17. After a review of the record and applicable case law, the Court does not believe that the remedies sought by Defendants are warranted. The Motion will be denied.

On January 3, 2008, this Court granted Defendants' Motion to Dismiss on the basis of *res judicata* and closed Ms. Hemphill's case. *See* Dkt. # 16. On March 10, 2008, this Court denied Ms. Hemphill's Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 60(b). *See* Dkt. # 26. Defendants now request (1) attorneys' fees; and (2) an order requiring Ms. Hemphill to obtain leave of this Court before commencing any further litigation against Defendants based on United States Patent No. 4,557,720 ("the '720 patent").

The Court is not convinced that this is an "exceptional case" warranting an award of attorneys' fees to Defendants. *See* 35 U.S.C. § 285. Nor does the Court believe that Ms. Hemphill's behavior warrants injunctive relief. *Compare Sparrow v. Reynolds*, 646 F. Supp. 834, 839 (D.D.C.

1986) (district court enjoined *pro se* plaintiff from filing any additional suits arising from the same facts against the same parties without first receiving leave of the court; plaintiff, who was unsuccessful at a full trial on the merits, filed 18 additional complaints against the U.S. Navy, and did not oppose a motion for sanctions).  It is hereby

**ORDERED** that the Motion for Rule 11 Sanctions and Request for Attorneys' Fees [Dkt. # 17] is **DENIED**.

**SO ORDERED**.


Date: March 10, 2008                                              /s/
                                                                          ROSEMARY M. COLLYER
                                                                          United States District Judge