UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLEGRA D. HEMPHILL,
                Plaintiff,

vs.                          Civil Action No. 07-1236 RMC,

KIMBERLY- CLARK CORPORATION
and

PROCTER & GAMBLE COMPANY
                Defendant(s).

## NOTICE OF APPEAL

Notice is hereby given this 20th day of March, 2008, that

Allegra Hemphill,

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the Judgement /Order (Document 26) entered on the 10th day of March , 2008

in favor of defendants, Kimberly Clark Corporation and Procter & Gamble Company

against said plaintiff, Allegra Hemphill.

*Allegra Hemphill*
Allegra Hemphill,
4902 3rd Street NW
Washington, DC 20011
(240) 361 - 8699

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgement or 60 days if the United States or officer or agency is a party).

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

RECEIVED
MAR 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Kimberly Clark Corporation*
Kramon & Graham, PA
One South Street, Suite 2600
Baltimore, Maryland 21202
attn. James Ulwick,


*Procter & Gamble Corporation*
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
attn.: Blaney Harper

Allegra Hemphill
4902 3rd Street NW
Washington, DC 20011